McMlLLIAN, Judge,
concurring in the judgment only of the dissent.
Although I agree with the result reached by Judge Dillard in his dissenting opinion, I cannot agree with all that is said and thus concur in the judgment only to that opinion.[25] See Court of Appeals Rule 33 (a).

 The judgment line “concurring in the judgment only of the dissent” first appeared in orneases in 1980 and has been used occasionally since that time. See Ellis v. Dalton, 194 Ga. App. 114 (389 SE2d 797) (1989); Harvey Freeman & Sons, Inc. v. Stanley, 189 Ga. App. 256 (375 SE2d 261) (1988); Travillian v. Ga. Farm Bureau Mut. Ins. Co., 182 Ga. App. 241 (355 SE2d 677) (1987); Howard v. Superior Contractors, 180 Ga. App. 68 (348 SE2d 563) (1986); Menchio v. Rymer, 179 Ga. App. 852 (348 SE2d 76) (1986); Johnson v. Amerson, 179 Ga. App. 75 (345 SE2d 94) (1986); Taylor v. Greiner, 156 Ga. App. 663 (275 SE2d 737) (1980).